Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Old Majestic Brewing Company, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **82-3902713** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **656 Saint Louis St**<br>**Mobile, AL 36602-1823**<br>Number, Street, City, State & ZIP Code | **Chad Marchand 462 Dauphin St**<br>**Mobile, AL 36602-2404**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Mobile**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | **656 Saint Louis St Mobile, AL 36602-1823**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**█ Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 28, 2022**
                MM / DD / YYYY

X **/s/ Chad Marchand**                                      **Chad Marchand**
   Signature of authorized representative of debtor          Printed name

Title    **Member/Mgr**

**18. Signature of attorney**

X **/s/ Marion E. Wynne, Jr.**                    Date **December 28, 2022**
   Signature of attorney for debtor                     MM / DD / YYYY

**Marion E. Wynne, Jr.**
Printed name

**Wilkins, Bankester, Biles & Wynne, PA**
Firm name

**PO Box 1367**
**Fairhope, AL 36533-1367**
Number, Street, City, State & ZIP Code

Contact phone    **(251) 928-1915**    Email address    **twynne@wbbwlaw.com**

**9478-E55M**
Bar number and State

Debtor name **Old Majestic Brewing Company, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 28, 2022**          X **/s/ Chad Marchand**
                                              Signature of individual signing on behalf of debtor

                                              **Chad Marchand**
                                              Printed name

                                              **Member/Mgr**
                                              Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Old Majestic Brewing Company, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Auto Owners Insurance**<br>PO Box 912398<br>Denver, CO<br>80291-2398 | | | | | | **$7,365.00** |
| **Chad Marchand**<br>462 Dauphin St<br>Mobile, AL<br>36602-2404 | | | | | | **$281,535.30** |
| **DeLashmet & Marchand, PC**<br>462 Dauphin St<br>Mobile, AL<br>36602-2404 | | | | | | **$4,500.00** |
| **Ink Chase**<br>PO Box 1423<br>Charlotte, NC<br>28201-1423 | | | | | | **$28,489.00** |
| **Iron Heart Canning Co.**<br>PO Box 986500<br>Boston, MA<br>02298-6500 | | | | | | **$16,514.00** |
| **Irvin Grodsky, PC**<br>PO Box 3123<br>Mobile, AL<br>36652-3123 | | | | | | **$45,000.00** |
| **James and Deana Marchand**<br>205 W Jackson St<br>Pensacola, FL<br>32501-3916 | | | | | | **$24,650.00** |
| **John Minton**<br>30634 Pine Ct<br>Daphne, AL<br>36527-5689 | | | | | | **$55,336.00** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Case 22-12666   Doc 1   Filed 12/28/22   Entered 12/28/22 16:13:57   Desc Main
Document    Page 7 of 47

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Johnson Controls Security Solutions PO Box 371967 Pittsburgh, PA 15250-7967** | | | | | | **$3,700.00** |
| **Mahaffey's Quality Printing PO Box 23999 Jackson, MS 39225-3999** | | | | | | **$6,258.00** |
| **Marchand Holdings, LLC 462 Dauphin St Mobile, AL 36602-2404** | | | | | | **$22,100.00** |
| **Mobile County Tax Revenue PO Box 1169 Mobile, AL 36633-1169** | | | | | | **$8,947.87** |
| **NuCo2 PO Box 9011 Stuart, FL 34995-9011** | | | | | | **$1,601.00** |
| **Shay Owen 4566 Knight Way Dr Mobile, AL 36608-2811** | | | | | | **$8,000.00** |
| **Shoppes at St. Louis Street 157 N Conception St Mobile, AL 36603-6478** | | | | | | **$11,600.00** |
| **Spire Gas PO Box 2224 Birmingham, AL 35246-0001** | | | | | | **$8,141.84** |
| **Stubbys Texas Brewing, Inc 5204 Airport Fwy Haltom City, TX 76117-5903** | | | | | | **$12,064.00** |
| **U.S. Small Business Administration 801 Tom Martin Dr Ste 201 Birmingham, AL 35211-6424** | | | | | | **$10,000.00** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Case 22-12666    Doc 1    Filed 12/28/22    Entered 12/28/22 16:13:57    Desc Main
                         Document          Page 8 of 47

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Community Bank 2 W Washington St # STRET 700 Greenville, SC 29601-2774** | | **Bank loan** | | **$609,000.00** | **$70,705.00** | **$538,295.00** |
| **Unti Fiber PO Box 841153 Dallas, TX 75284-1153** | | | | | | **$2,292.00** |

**Fill in this information to identify the case:**

Debtor name    **Old Majestic Brewing Company, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $     **108,817.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $     **108,817.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **609,000.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $     **8,947.87**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     **552,595.31**

4.  Total liabilities .......................................................................................................................
    Lines 2 + 3a + 3b    $     **1,170,543.18**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Case 22-12666    Doc 1    Filed 12/28/22    Entered 12/28/22 16:13:57    Desc Main
Document    Page 10 of 47

Debtor name **Old Majestic Brewing Company, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Servis 1st Bank** | **Business Checking** | **0583** | $500.00 |
| 3.2. | **Servis 1st Bank** | **Payroll** | **8411** | $3.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$503.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Alabama Power** | unknown |
| --- | --- | --- |
| 7.2. | **Spire Gas** | unknown |

Case 22-12666   Doc 1   Filed 12/28/22   Entered 12/28/22 16:13:57   Desc Main
Document        Page 11 of 47

| 7.3. | **Mobile Area Water & Sewer** | | unknown |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                          **$0.00**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** <br> Brewing Ingredients | | **$2,000.00** | | **$2,000.00** |
| 20. | **Work in progress** <br> Beer | | **unknown** | | **unknown** |
| 21. | **Finished goods, including goods held for resale** <br> Beer | | **unknown** | | **unknown** |
| 22. | **Other inventory or supplies** <br> Merchandise | | **unknown** | | **unknown** |

23. **Total of Part 5.**                                                                         **$2,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture**<br>**See attached List** | **$2,100.00** | | **$2,100.00** |
| **40.**   **Office fixtures**<br>**See Attachment** | **$2,880.00** | | **$2,880.00** |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Attachment** | **$58,725.00** | | **$58,725.00** |
| **42.**   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.**   **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.       **$63,705.00**

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Case 22-12666    Doc 1    Filed 12/28/22    Entered 12/28/22 16:13:57    Desc Main
Document      Page 13 of 47

Debtor **Old Majestic Brewing Company, LLC**  Case number *(If known)* _____
Name

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Forklift** | **$5,000.00** | | **$5,000.00** |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.                  $5,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**oldmajesticbrewing.com** | **$1.00** | | **$1.00** |
| 62. **Licenses, franchises, and royalties**<br>**Alabama State License, Mobile Count,y Business License,  City of Mobile, Mobile County Health Dept, TTB License - Federal** | **$1.00** | | **$1.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

Case 22-12666    Doc 1    Filed 12/28/22    Entered 12/28/22 16:13:57    Desc Main
Document        Page 14 of 47

65.     **Goodwill**

66.     **Total of Part 10.**                                                    **$2.00**

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

        **Federal Program - Employee Retention Credit**      Tax year **2022**          **$37,605.00**

73.     **Interests in insurance policies or annuities**

        **Prudential Life Insurance (Chad)**                                         **$1.00**

        **American General Life Insurance (John)**                                   **$1.00**

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.     **Total of Part 11.**                                                      **$37,607.00**

        Add lines 71 through 77. Copy the total to line 90.

Software Copyright (c) 2022 CINGroup - www.cincompass.com
            Case 22-12666   Doc 1   Filed 12/28/22   Entered 12/28/22 16:13:57   Desc Main
                            Document        Page 15 of 47

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  **Old Majestic Brewing Company, LLC**  Case number *(If known)* _____
<span>Name</span>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $503.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $63,705.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $37,607.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $108,817.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $108,817.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Case 22-12666    Doc 1    Filed 12/28/22    Entered 12/28/22 16:13:57    Desc Main
Document      Page 17 of 47

# OLD MAJESTIC BREWING COMPANY, LLC

## SCHEDULE A/B – ASSETS

| PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|
|  |  |
| **# 39 – FURNITURE** |  |
|  |  |
| 8 – Tabletops | $700 |
| 40 – Bar Stools | $400 |
| 30 – Chairs | $300 |
| 11 – Tables | $200 |
| 2 – picnic tables | $500 |
| **TOTAL** | **$2,100** |
|  |  |
|  |  |
| **# 40 - FIXTURES**: |  |
|  |  |
| 10 – Polished Stainless Steel Faucets | $40 |
| 2 – Stout & Ale Polished Stainless Steel Faucets | $20 |
| 2 – Counter Mount Glass Rinsers | $50 |
| 1 – Custom Shadow Box Flange | $10 |
| 1 – Drip Tray Trough | $50 |
| 1 – Delta Underbar Glasswasher (Doesn't work) | $500 |
| 1 – 1800 Series Underbar Sink Unit | $350 |
| 4 – Stainless Steel Wall Mounted Hand Sinks | $200 |
| 1 – Spec-Bar West Waste Sink | $50 |
| 1 – Pro-Bowl Sink, 2 compartment | $500 |
| 1 – Prerinse Unit, splash mount, flex stainless | $35 |
| 1 - Ice Maker | $600 |
| 1 – Ice bin | $500 |
| 1 – Eyesafe-X Eyewash Station | $25 |
| **TOTAL** | **$2,880** |
|  |  |
|  |  |
|  |  |
| **#41 - EQUIPMENT** |  |
| 1 – Grist Mill | $1,000 |
| 1 – 55 cu. Ft Stainless Steel Grist Case and 1 – Sealed Hanging Hopper Kit | $550 |
| 1 – 25' Flex Auger System<br>1 – Brewhouse – 15bbl 3 Vessel Auto<br>1 – Hot/Cold Blending Assembly<br>1 – CIP Manifold for Brewhouse<br>1 – Wort Sampling Station<br>1 – External Wort Grant<br>1 – External Wort Grant Automation<br>1 – Decoction Piping MT/LT Combo<br>1 – External Calandria<br>1 – Wort Aeration Assembly | $15,000 |
| 1 – Portable Transfer Pump System | $500 |
| 1 – 30bbl Steam Hot Liquor Tank | $2,000 |
| 1 – 30bbl Cold Liquor Tank | $2,000 |
| 2 – Hot/Cold Liquor Pump System | $1,000 |
| 1 – 12 Tank Glycol Temperature Control Panel | $500 |
| 4 – 15bbl Stainless Steel Fermentation Tank | $8,000 |
| 1 – 15bbl Stainless Steel Brite Beer Tank | $2,000 |
| 2 – 30bbl Stainless Steel Fermentation Tank | $6,000 |

| | |
|---|---|
| 1 – 30bbl Stainless Steel Brite Beer Tank | $3,000 |
| 9 – Standard Celler Tank Kits | $50 |
| 6 – Steam Valves | $100 |
| 1 – Standard Brewhouse Transfer Kit | $100 |
| 1 – Keg Commander Automatic Two Head Keg Washer | $2,500 |
| 1 – Manual 4 Head Keg Filler | $600 |
| 1 - Indoor Low Pressure Steam Boiler, Natural Gas<br>1 – Condensate Return/Feedwater System<br>1 – BDT LPS 1860 ASME Code Blowdown Tank<br>1 – Twin Tank Water Softener System<br>1 – Rite Chemical Feed System | $7,000 |
| 1 – 10HP Compressor | $1,500 |
| 1 – High Temp Refrig Air Dryer | $600 |
| 1 – Pro Walk-in Cooler with SRC Refrigeration System | $3,500 |
| 3 – Samsung LED 65" HDTV | $300 |
| 1 – Optoma Laser Projector (Doesn't work) | $25 |
| 1 – 150" Electric Screen | $100 |
| Audio Sound System | $800 |
| **TOTAL** | **$58,725** |
| | |

## Official Form 206D

### Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **United Community Bank**<br>Creditor's Name<br><br>**2 W Washington St #**<br>**STRET 700**<br>**Greenville, SC 29601-2774**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2019**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Brewing Ingredients; Beer; Merchandise; office furniture, fixtures and equipment listed on attachment**<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $609,000.00 | $70,705.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $609,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Case 22-12666    Doc 1    Filed 12/28/22    Entered 12/28/22 16:13:57    Desc Main
Document      Page 20 of 47

Debtor name   **Old Majestic Brewing Company, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$8,947.87** | **$8,947.87** |

**Mobile County Tax Revenue**

**PO Box 1169**
**Mobile, AL 36633-1169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$1,290.31** |

**Alabama Power**

**PO Box 242**
**Birmingham, AL 35292-0001**

Date(s) debt was incurred   **2022**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | **$692.94** |

**Alston Refrigeration Co., Inc**

**845 Lakeside Dr**
**Mobile, AL 36693-5117**

Date(s) debt was incurred   **2022**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

Case 22-12666   Doc 1   Filed 12/28/22   Entered 12/28/22 16:13:57   Desc Main
Document      Page 21 of 47

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,365.00** |
|---|---|---|---|

**Auto Owners Insurance**

PO Box 912398
Denver, CO 80291-2398

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281,535.30** |
|---|---|---|---|

**Chad Marchand**

462 Dauphin St
Mobile, AL 36602-2404

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**DeLashmet & Marchand, PC**

462 Dauphin St
Mobile, AL 36602-2404

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.00** |
|---|---|---|---|

**Directv**

PO Box 5006
Carol Stream, IL 60197-5006

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,489.00** |
|---|---|---|---|

**Ink Chase**

PO Box 1423
Charlotte, NC 28201-1423

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,514.00** |
|---|---|---|---|

**Iron Heart Canning Co.**

PO Box 986500
Boston, MA 02298-6500

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Irvin Grodsky, PC**

PO Box 3123
Mobile, AL 36652-3123

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,650.00 |
|---|---|---|---|

**James and Deana Marchand**

205 W Jackson St
Pensacola, FL 32501-3916

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,336.00 |
|---|---|---|---|

**John Minton**

30634 Pine Ct
Daphne, AL 36527-5689

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,700.00 |
|---|---|---|---|

**Johnson Controls Security Solutions**

PO Box 371967
Pittsburgh, PA 15250-7967

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,258.00 |
|---|---|---|---|

**Mahaffey's Quality Printing**

PO Box 23999
Jackson, MS 39225-3999

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,100.00 |
|---|---|---|---|

**Marchand Holdings, LLC**

462 Dauphin St
Mobile, AL 36602-2404

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $532.00 |
|---|---|---|---|

**Matthew McLaughlin**

1704 N State St
Jackson, MS 39202-1143

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,601.00 |
|---|---|---|---|

**NuCo2**

PO Box 9011
Stuart, FL 34995-9011

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169.92 |
|---|---|---|---|

**Sanico**

PO Box 689
Cottondale, AL 35453-0108

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Shay Owen**

4566 Knight Way Dr
Mobile, AL 36608-2811

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,600.00 |
|---|---|---|---|

**Shoppes at St. Louis Street**

157 N Conception St
Mobile, AL 36603-6478

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,141.84 |
|---|---|---|---|

**Spire Gas**

PO Box 2224
Birmingham, AL 35246-0001

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,064.00 |
|---|---|---|---|

**Stubbys Texas Brewing, Inc**

5204 Airport Fwy
Haltom City, TX 76117-5903

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**U.S. Small Business Administration**

801 Tom Martin Dr Ste 201
Birmingham, AL 35211-6424

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,292.00 |
|---|---|---|---|

**Unti Fiber**

PO Box 841153
Dallas, TX 75284-1153

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

        Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $515.00 |

**Wesco Gas & Welding Supply, Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 10546
Mobile, AL 36610-0546

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC/Amega**<br>**500 Seneca St Ste 503**<br>**Buffalo, NY 14204-1963** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $    8,947.87 |
| 5b. Total claims from Part 2 | 5b. + | $    552,595.31 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $    561,543.18 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor name **Old Majestic Brewing Company, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Building Lease**<br><br><br><br>**660 St. Louis Street Land, LLC**<br>**157 N Conception St**<br>**Mobile, AL 36603-6478** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Equipment Suppler**<br>**Lease for kegs**<br><br><br>**eLease Funding, Inc.**<br>**550 First Ave N**<br>**St Petersburg, FL 33701** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Secuirty System &**<br>**Monitoring Contract**<br><br><br>**Johnsons Control Security Solutions**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250-7967** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cleaning of linens**<br><br><br><br>**Sanico**<br>**PO Box 689**<br>**Cottondale, AL 35453-0108** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name **Old Majestic Brewing Company, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chad Marchand** | **462 Dauphin St**<br>**Mobile, AL 36602-2404** | **United Community Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **John Minton** | **30634 Pine Ct**<br>**Daphne, AL 36527-5689** | **United Community Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Chad  Marchand** | **462 Dauphin St**<br>**Mobile, AL 36602-2404** | **660 St. Louis Street Land, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.4 | **John Minton** | **30634 Pine Ct**<br>**Daphne, AL 36527-5689** | **660 St. Louis Street Land, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Case 22-12666    Doc 1    Filed 12/28/22    Entered 12/28/22 16:13:57    Desc Main
Document      Page 27 of 47

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | $367,339.01 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $339,246.00 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $167,961.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be

Software Copyright (c) 2022 CINGroup - www.cincompass.com

adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **United Community Bank vs Old Majestic Brewing Company, LLC, Chad Marchand, John Minton CV-2022-901247** | **Contract/Money Owed** | **Circuit Court of Mobile County, Alabama 205 Government St Mobile, AL 36644-0001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wilkins, Bankester, Biles & Wynne, PA**<br>**PO Box 1367**<br>**Fairhope, AL 36533-1367** | 0.00 | | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Case 22-12666    Doc 1    Filed 12/28/22    Entered 12/28/22 16:13:57    Desc Main
Document          Page 30 of 47

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Carrie Montgomery, CPA**<br>**3258 Stein St**<br>**Mobile, AL 36608-5815** | **2020, 2021, 2022** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

Case 22-12666    Doc 1    Filed 12/28/22    Entered 12/28/22 16:13:57    Desc Main
Document        Page 32 of 47

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Chad Marchand**<br>**462 Dauphin St**<br>**Mobile, AL 36602-2404** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chad Marchand** | **462 Dauphin St**<br>**Mobile, AL 36602-2404** | **Member/Manager** | **65%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Minton** | **30634 Pine Ct**<br>**Daphne, AL 36527-5689** | **Member/Manager** | **25%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 28, 2022** _____

**/s/ Chad Marchand** _____          **Chad Marchand** _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Member/Mgr** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Alabama, Mobile Division

In re **Old Majestic Brewing Company, LLC**                              Case No.

                                                      Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .................................................. $ _____

Prior to the filing of this statement I have received ................................... $ _____

Balance Due ........................................................................................ $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ............ $       **10,000.00**

The undersigned shall bill against the retainer at an hourly rate of ............... $         **300.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **Old Majestic Brewing Company, LLC**            Case No. _____

                     Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 28, 2022** | **/s/ Marion E. Wynne, Jr.** |
| *Date* | **Marion E. Wynne, Jr.** |
| | *Signature of Attorney* |
| | **Wilkins, Bankester, Biles & Wynne, PA** |
| | |
| | **PO Box 1367** |
| | **Fairhope, AL 36533-1367** |
| | **(251) 928-1915** |
| | **twynne@wbbwlaw.com** |
| | *Name of law firm* |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE: **Old Majestic Brewing Company, LLC**                )
)
)
)
Debtor(s)                                                    )

Case No. 22-
Chapter: 11

## VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)

☑ Original

☐ Amendment

☐ Adding     ☐ Deleting

I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below <u>only</u> the number of creditors being added or deleted.

**29**      creditor(s) (or if amended, number of creditors added), as shown on attached list

_____ creditor(s) to be deleted, as shown on attached list


/s/ Chad Marchand
_____
Debtor Signature

_____
Joint Debtor Signature


/s/ Marion E. Wynne
_____
Signature of Attorney

Date 12/28/2022

*[Check if applicable]*

☐ Creditors with foreign addresses included

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

<u>OFFICIAL CREDITOR LIST GUIDELINES</u>

The Official Creditor List must be provided to the court in electronic format and meet the requirements below:

- The name and address of each creditor must be five lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list because they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), Bankruptcy Administrator

Attorney Filers
Most bankruptcy preparation software packages can save the creditor list electronically in the proper format. Please check with your software company to see if you have this option.

Filers without an Attorney (Pro Se Debtors)
Filers without an attorney may submit a list of creditors to the clerk's office with the petition.

Verification of Official Creditor List (LBF 1007)
The initial or supplemental of an official creditor list shall be accompanied by a Verification of Official Creditor List in the format provided by the Clerk.

Amendments
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the requirements above.

660 St. Louis Street Land, LLC
157 N Conception St
Mobile, AL  36603-6478


ABC/Amega
500 Seneca St Ste 503
Buffalo, NY  14204-1963


Alabama Power
PO Box 242
Birmingham, AL  35292-0001


Alston Refrigeration Co., Inc
845 Lakeside Dr
Mobile, AL  36693-5117


Auto Owners Insurance
PO Box 912398
Denver, CO  80291-2398


Chad  Marchand
462 Dauphin St
Mobile, AL  36602-2404


Chad Marchand
462 Dauphin St
Mobile, AL  36602-2404

DeLashmet & Marchand, PC
462 Dauphin St
Mobile, AL  36602-2404


Directv
PO Box 5006
Carol Stream, IL  60197-5006


eLease Funding, Inc.
550 First Ave N
St Petersburg, FL  33701


Ink Chase
PO Box 1423
Charlotte, NC  28201-1423


Iron Heart Canning Co.
PO Box 986500
Boston, MA  02298-6500


Irvin Grodsky, PC
PO Box 3123
Mobile, AL  36652-3123


James and Deana Marchand
205 W Jackson St
Pensacola, FL  32501-3916

John Minton
30634 Pine Ct
Daphne, AL  36527-5689


Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA  15250-7967


Mahaffey's Quality Printing
PO Box 23999
Jackson, MS  39225-3999


Marchand Holdings, LLC
462 Dauphin St
Mobile, AL  36602-2404


Matthew McLaughlin
1704 N State St
Jackson, MS  39202-1143


Mobile County Tax Revenue
PO Box 1169
Mobile, AL  36633-1169


NuCo2
PO Box 9011
Stuart, FL  34995-9011

Sanico
PO Box 689
Cottondale, AL  35453-0108


Shay Owen
4566 Knight Way Dr
Mobile, AL  36608-2811


Shoppes at St. Louis Street
157 N Conception St
Mobile, AL  36603-6478


Spire Gas
PO Box 2224
Birmingham, AL  35246-0001


Stubbys Texas Brewing, Inc
5204 Airport Fwy
Haltom City, TX  76117-5903


U.S. Small Business Administration
801 Tom Martin Dr Ste 201
Birmingham, AL  35211-6424


United Community Bank
2 W Washington St # STRET 700
Greenville, SC  29601-2774

```
Unti Fiber
PO Box 841153
Dallas, TX  75284-1153


Wesco Gas & Welding Supply, Inc
PO Box 10546
Mobile, AL  36610-0546
```

# Old Majestic Brewing Company
## Profit & Loss
### November 2022

|  | Nov 22 | Jan - Nov 22 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 40000 · Taproom Beer | 12,762.54 | 247,083.52 |
| 40050 · Taproom Wine | 219.06 | 1,311.40 |
| 40100 · Taproom Merchandise Sales | 341.38 | 8,301.20 |
| 40200 · Taproom Non-alcohol | 30.03 | 845.97 |
| 40300 · Taproom Food | 13.65 | 2,606.49 |
| 40500 · Taproom Gift Cards | 0.00 | 783.00 |
| 40600 · Taproom Events | 108.17 | 4,457.43 |
| 43800 · Distribution Sales | 7,420.00 | 116,140.00 |
| 44000 · Distribution Keg Returns | -2,310.00 | -14,190.00 |
| **Total Income** | 18,584.83 | 367,339.01 |
| **Cost of Goods Sold** | | |
| 50000 · Ingredients | 12,732.96 | 83,724.62 |
| 50100 · Cleaner/Chemicals | 276.48 | 2,330.79 |
| 50200 · Taproom Food/Soda | 0.00 | 3,325.36 |
| 50300 · Taproom Supplies | 771.95 | 10,986.67 |
| 50400 · Taproom Expenses | 368.89 | 2,503.96 |
| 50600 · Event Expenses | 75.00 | 3,351.65 |
| 50900 · Merchant Account Fees | 0.00 | 2,118.62 |
| 51000 · Merchandise Cost of Sales | 1,500.00 | 11,881.68 |
| 51100 · Co-op Merchandise | -337.50 | -4,830.96 |
| 53100 · Keg Rentals | 0.00 | 69.49 |
| 53200 · Distribution Supplies | 2,861.08 | 14,239.92 |
| 53300 · Distribution Expenses | 0.00 | 3,631.85 |
| 53500 · Buy Back Expired | 0.00 | 15,803.21 |
| 53100 · Keg Rentals | 0.00 | 69.49 |
| 54000 · Manufactured Beer Tax | 0.00 | 9,817.23 |
| **Total COGS** | 18,248.86 | 158,954.09 |
| **Gross Profit** | 335.97 | 208,384.92 |
| **Expense** | | |
| Janitorial Supplies | 71.89 | 285.08 |
| Social Media Marketing | 0.00 | 12.99 |
| 60000 · Advertising and Promotion | 130.28 | 3,907.64 |
| 60100 · Printing | 0.00 | 564.02 |
| 60400 · Bank Service Charges | 215.00 | 850.00 |
| 60450 · Credit Card Merchant Fees | 769.69 | 8,161.09 |
| 60500 · Business Licenses and Permits | 271.25 | 2,679.80 |
| 60600 · Interest | | |
| Finance Charges | 924.76 | 6,169.97 |
| Loan Interest | 0.00 | 4,000.00 |
| **Total 60600 · Interest** | 924.76 | 10,169.97 |
| 61000 · Computer and Internet Expenses | | |
| Internet | 0.00 | 2,190.88 |
| Software | 56.66 | 462.59 |
| Website Maintenance | 229.00 | 2,075.74 |
| **Total 61000 · Computer and Internet Expenses** | 285.66 | 4,729.21 |
| 61500 · Contract Labor | | |
| Brewer | 0.00 | 3,400.00 |
| Music/Entertainment | 890.00 | 21,485.00 |
| **Total 61500 · Contract Labor** | 890.00 | 24,885.00 |
| 63300 · Insurance Expense | | |
| General Insurance | -73.14 | 12,789.41 |
| Life Insurance | 469.00 | 3,478.00 |
| Worker's Comp | 0.00 | 844.14 |
| 63300 · Insurance Expense - Other | 0.00 | -468.47 |
| **Total 63300 · Insurance Expense** | 395.86 | 16,643.08 |

# Old Majestic Brewing Company
## Profit & Loss
### November 2022

| | Nov 22 | Jan - Nov 22 |
|---|---:|---:|
| 64100 · Meals | 53.57 | 4,697.26 |
| 64200 · Parking/tolls | 0.00 | 31.00 |
| 64300 · Travel Expenses | 346.20 | 1,164.22 |
| 64500 · Mileage Reimbursement | 424.23 | 5,976.75 |
| 64900 · Office Supplies | 0.00 | 133.21 |
| 66000 · Payroll Expenses | | |
| Payroll Taxes | 1,555.52 | 19,763.53 |
| Tips Collected | -3,518.32 | -58,686.04 |
| Wages | 18,698.54 | 211,245.26 |
| Total 66000 · Payroll Expenses | 16,735.74 | 172,322.75 |
| 66500 · Privilege Tax | 0.00 | 100.00 |
| 66600 · Property Tax | 0.00 | 6,073.59 |
| 66700 · Professional Fees | | |
| Accounting | 0.00 | 500.00 |
| Legal | 11,738.00 | 13,714.92 |
| Payroll Service | 236.24 | 2,747.53 |
| Total 66700 · Professional Fees | 11,974.24 | 16,962.45 |
| 67100 · Rent | 10,000.00 | 107,433.53 |
| 67200 · Repairs and Maintenance | 23.00 | 3,387.21 |
| 67300 · Small Tools & Equipment | 0.00 | 330.00 |
| 67500 · Security | 0.00 | 1,403.15 |
| 68000 · Subscriptions | | |
| Music | 29.65 | 296.50 |
| Satellite TV | 249.99 | 2,499.90 |
| Total 68000 · Subscriptions | 279.64 | 2,796.40 |
| 68500 · Uniforms | 0.00 | 2,408.10 |
| 68600 · Utilities | | |
| Gas | 3,850.00 | 16,950.00 |
| Power | 1,300.00 | 17,035.14 |
| Waste | 0.00 | 191.38 |
| Water | 0.00 | 7,262.78 |
| 68600 · Utilities - Other | 1,878.10 | 1,878.10 |
| Total 68600 · Utilities | 7,028.10 | 43,317.40 |
| 69100 · Charitable Contributions | 0.00 | 138.18 |
| Total Expense | 50,819.11 | 441,563.08 |
| Net Ordinary Income | -50,483.14 | -233,178.16 |
| Other Income/Expense | | |
| Other Income | | |
| 70500 · Sales Tax Discount | 17.29 | 254.91 |
| 71000 · Space Rental/Events | 3,190.00 | 17,250.00 |
| Total Other Income | 3,207.29 | 17,504.91 |
| Other Expense | | |
| 62000 · Depreciation Expense | 5,521.33 | 60,734.63 |
| Total Other Expense | 5,521.33 | 60,734.63 |
| Net Other Income | -2,314.04 | -43,229.72 |
| Net Income | -52,797.18 | -276,407.88 |

# Old Majestic Brewing Company
## Balance Sheet
### As of November 30, 2022

|  | Nov 30, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Servis1st Operating | 3,266.77 |
| 1010 · Servis1st Payroll | -2,067.54 |
| 1030 · Petty Cash | 0.98 |
| **Total Checking/Savings** | 1,200.21 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 7,463.50 |
| **Total Accounts Receivable** | 7,463.50 |
| **Other Current Assets** | |
| 1210 · Inventory Asset | 9,160.51 |
| 1220 · Ingredient Inventory | 3,808.90 |
| 1230 · Merchandise Inventory | 450.00 |
| **Total Other Current Assets** | 13,419.41 |
| **Total Current Assets** | 22,083.12 |
| **Fixed Assets** | |
| 1500 · Brewing Equipment | 363,940.89 |
| 1510 · Taproom Equipment | 29,991.05 |
| 1520 · Furniture and Fixtures | 28,915.79 |
| 1530 · Television & Music System | 20,268.46 |
| 1540 · POS System | 1,360.00 |
| 1560 · Building Improvements | 192,264.93 |
| 1700 · Accumulated Depreciation | -296,011.59 |
| **Total Fixed Assets** | 340,729.53 |
| **Other Assets** | |
| 1800 · Deposits | |
| 1810 · Lease Deposit | 27,974.00 |
| 1820 · Loan Deposit | 2,500.00 |
| 1830 · Utility Deposits | 1,500.00 |
| 1840 · Security Deposit | 149.00 |
| **Total 1800 · Deposits** | 32,123.00 |
| **Total Other Assets** | 32,123.00 |
| **TOTAL ASSETS** | 394,935.65 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| 2200 · American Express -CCM | 151,595.26 |
| 2205 · Discover -CCM | 15,869.21 |
| 2206 · USAA Visa -CCM | 7,864.96 |
| 2210 · Chase JGM | 12,016.96 |
| 2220 · PenAir JGM | 8,969.09 |
| 2300 · Chase OMB | 29,903.35 |
| **Total Credit Cards** | 226,218.83 |
| **Other Current Liabilities** | |
| 2400 · Payroll Liabilities | 193.54 |
| 2410 · Sales Tax Payable | 1,231.64 |
| 2470 · SBA EIDL Loan | 10,000.00 |
| 2600 · Member Loan | |
| Due to/from Chad Marchand | 106,205.87 |
| Due to/from John Minton | 34,350.90 |
| **Total 2600 · Member Loan** | 140,556.77 |

# Old Majestic Brewing Company
## Balance Sheet
### As of November 30, 2022

|  | Nov 30, 22 |
|---|---|
| 2610 · Loan from DelMar Law | 4,500.00 |
| **Total Other Current Liabilities** | 156,481.95 |
| **Total Current Liabilities** | 382,700.78 |
| **Long Term Liabilities** |  |
| 2500 · United Community Bank | 600,868.42 |
| 2615 · Due to James and Deana Marchand | 24,650.00 |
| 2620 · Due to Marchand Holdings | 22,100.00 |
| 2640 · Due to Dianna Shay Owen | 8,000.00 |
| **Total Long Term Liabilities** | 655,618.42 |
| **Total Liabilities** | 1,038,319.20 |
| **Equity** |  |
| **Member Equity Accounts** |  |
| 3010 · CCM Equity | -210,083.08 |
| 3020 · JGM Equity | -205,195.07 |
| 3030 · JLM/DLM Equity | 12,075.62 |
| 3040 · Modjarrad Enterprises | 12,075.62 |
| 3050 · NRA Global Equity | 12,075.62 |
| 3060 · RSA Equity | 12,075.62 |
| **Total Member Equity Accounts** | -366,975.67 |
| **Net Income** | -276,407.88 |
| **Total Equity** | -643,383.55 |
| **TOTAL LIABILITIES & EQUITY** | 394,935.65 |